ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GUOHONG GU, <br><br>               Plaintiff, <br><br>   v. <br><br> ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security, *et al.*, <br><br>               Defendants. | C 4:23-cv-01864 DMR <br><br> **STIPULATION TO STAY PROCEEDINGS; ORDER** |

      The parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until September 25, 2023. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

      Plaintiff filed this mandamus action seeking adjudication of his Form I-829, Petition by Entrepreneur to Remove Conditions on Permanent Resident Status. United States Citizenship and Immigration Services ("USCIS") issued a Request for Evidence to Plaintiff on June 27, 2023. USCIS will take the next adjudicative action after the responses are received.

      Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

September 25, 2023, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution. In accordance with Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: July 3, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: July 3, 2023

/s/ Paul Chen
PAUL CHEN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 13, 2023

IT IS SO ORDERED
Judge Donna M. Ryu

DONNA M. RYU
Chief Magistrate Judge